## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

NIKIESHA SMITH

                                  Plaintiff,

v.                                                         Case No.:
                                                            1:23−cv−14255−RMB−AMD
                                                             Chief Judge Renée Marie Bumb

WAYPOINT RESOURCE GROUP,
LLC, et al.

                                  Defendant.


### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

   It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 11th day of April, 2024,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.



        /s/ Renée Marie Bumb
        _____
        RENÉE MARIE BUMB Chief United States District Judge